JPML FORM 1A - Continuation                              DOCKET ENTRIES -- p. 1

DOCKET NO. 416 -- IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

| Date | Ref | Pleading Description |
|---|---|---|
| 80/01/04 | 1 | MOT., BRIEF, AFFIDAVIT OF Thomas W. Henderson, EXHIBITS, SCHEDULE OF CASES, CERT. OF SVC.-- Certain Pltfs. (ea) SUGGESTED TRANSFEREE DISTRICT: W. D. Pennsylvania SUGGESTED TRANSFEREE JUDGE: (ea) |
| 80/01/11 | 2 | REQUEST FOR EXTENSION OF TIME -- Celotex Corp. -- GRANTED to and including Jan. 25, 1980 to ALL PARTIES. (ea) |
| 80/01/14 | 3 | LETTER dated 1/10/80 -- Special Master George S. Lettko.(ea |
| 80/01/17 | 4 | LETTER dated 1/14/80, Counsel for pltfs. P. A. Eastern (Plant Workers) (19 cases) position statement -- no service. (ea) |
| 80/01/17 | 5 | AFFIDAVIT IN OPPOSITION TO THE MOTION TO TRANSFER, CERT. OF SVC. -- Fibreboard Corp. (ea) |
| 80/01/17 | | APPEARANCES -- Lively M. Wilson, Esq. for Johns-Manville Products Corp, Johns-Manville Corp., & Johns-Manville Sales Corp.; James A. McGregor, Jr., Esq. for Forty-Eight Insulations, Inc.; Frederick N. Egler, Esq. for Owens-Corning Fiberglas Corp.; H. Emslie Parks, Esq. for The Celotex Corp. & Carey Canada, Inc.; Irene Warshauer, Esq. for Keene Bldg. Prod. Corp.; Robert G. Simasek, Esq. for Foster Wheeler Corp.; Randall E. Smith, Esq. for J. P. Stevens & Co.; Joseph B. Bagley, Esq. for Certain-Teed Prod. Corp.; R. Cornelius Danaher, Jr.,Esq. for Pittsburgh Corning Corp.; Michael E. Yaggy, Esq. for Keene Corp., Armstrong Cork Co., Eagle-Pitcher Industries, Inc. & The Flintkote Co.; Andrew T. Berry, Esq. for Owens-Illinois, Inc.; Charles J. Duffy, Jr.,Esq. for Benjamin Foster; Eileen R. Kalinoski, Esq. for George V. Hamilton, Inc. & S&E Assoc., Inc.; William W. Guthrie, Esq. for Amer. Industrial Contracting, Inc.; ~~D###########~~ John S. Sherry, Esq. for Danson Insulation Co.; Jane E. Cosgriff, Esq. for GAF Corp.; Clyde A. Szuch, Esq. for Raybestos-Manhattan Asbestos; William R. Herman, Esq. for U.S.A.; George S. Lettko, Esq. Special Master; Louis S. Petrone,Esq. for Ryder Industries, Inc.; Thomas F. Segalla, Esq. for Fibreboard Corp.; John P. Arness, Esq. for Hartford Insurance Group; Mark D. Romness, Esq. for Unarco Industries, Inc.; Frederick P. Velde, Esq. North Amer. Asbestos Corp.; Robert F. Hanson, Esq. for Bath Iron Works Corp.; Francis E. Shield, Esq. for Amatex Corp.; ~~####~~ Robert C. Little, Esq. for A.C.S. Inc. & Power and Combustion, Inc.; John E. Knauf, Esq. for Standard Asbestos Mfg., & Ins. Co. and Thomas W. Henderson, Esq. for Plaintiffs A-1 through A-34. (ea) |
| 80/01/18 | 6 | LETTER dated 1/14/80, Position -- counsel for pltfs. California Central -- Insulators, Brake repairmen, Shipboard instrument installers, No service. (ea) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 416 -- IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/01/21 | | APPEARANCE -- Charles J. Duffy, Jr., Esq. for Walter C. Gottschall (rew) |
| 80/01/21 | | APPEARANCE -- Gilbert S. Solomon for C. F. Braun & Company (rew) |
| 80/01/21 | | APPEARANCE -- James T. Ronan, Esq. for Nicolet Industries (rew) |
| 80/01/21 | | APPEARANCE -- Louis S. Petrone, Esq. for Ryder Industries, Inc. (re |
| 80/01/21 | 7 | RESPONSE -- deft. Ryder Industries, Inc. -- w/exhibit and cert. of service. (emh) |
| 80/01/22 | 8 | LETTER -- Interested Counsel -- Scott Baldwin, Esq. counsel for plaintiffs in E. D. Texas. (ea) |
| 80/01/22 | 9 | LETTER -- Interested counsel -- Frederick M. Baron, Esq.(ea |
| 80/01/22 | 10 | LETTER -- Raybestos-Manhattan, Inc. -- list of 504 cases(ea |
| 80/01/22 | 11 | LETTER -- Interested Plaintiffs Counsel John T. Enoch, Esq. for Pltf. Frances Harig. (ea) |
| 80/01/22 | 12 | LETTER -- Position statement -- Rex Houston, Esq. (ea) |
| 80/01/23 | | APPEARANCE -- Harold Gondelman, Esq. for Minnesota Mining & Mfg. Co. |
| 80/01/24 | | APPEARANCE -- Robert W. Doty, Esq. for Chemrock Corp. (ea) |
| 80/01/24 | 13 | LETTER-- Interested counsel -- Michael P. Thornton, Esq.(ea |
| 80/01/24 | 14 | NOTIFICATION OF ADD'L ACTIONS (690) -- Celotex Corp. (ea) |
| 80/01/24 | 15 | RESPONSE, BRIEF, CERT. OF SVC., AFFIDAVIT, EXHIBITS -- Celotex Corp. (ea) |
| 80/01/25 | 16 | RESPONSE, CERT. OF SVC. -- GAF Corp. (ea) |
| 80/01/25 | 17 | RESPONSE, BRIEF, CERT. OF SVC. -- Raybestos-Manhattan, Inc. (ea) |
| 80/01/25 | 18 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- Bath Iron Works, Corp. (ea) |
| 80/01/25 | 19 | RESPONSE, CERT.OF SVC., EXHIBITS -- Johns-Manville Products Corp., Johns-Manville Sales Corp. & Johns-Manville Corp. (ea) |
| 80/01/25 | 20 | RESPONSE, BRIEF, CERT.OF SVC. -- Hartford Ins. Group. (ea) |
| 80/01/25 | | APPEARANCE -- Michael E. Yaggy, Esq. for Foster Wheeler Corp. and J. P. Stevens and Co. (ea) |
| 80/01/25 | 21 | RESPONSE, CERT. OF SVC., EXHIBITS -- Armstrong Cork Co., Eagle-Picher Industries, Inc.; Forty-Eight Insulation, Inc.; Foster Wheeler Corp., J.P. Stevens & Co., Inc., Keene Corp., and The Flintkote Co. (ea) |
| 80/01/28 | 22 | RESPONSE, CERT.OF SVC. -- Owens-Corning Fiberglas Corp.(ea) |
| 80/01/28 | 23 | MEMORANDUM, CERT.OF SVC. -- Amatex Corp. (ea) |
| 80/01/28 | 24 | RESPONSE, CERT. OF SVC. -- Certain-Teed Prod. Corp. (ea) |
| 80/01/28 | 25 | BRIEF, CERT. OF SVC. -- Owens-Illinois, Inc. (ea) |
| 80/01/28 | 26 | RESPONSE, BRIEF, CERT. OF SVC.--Pittsburgh Corning Corp.(ea |
| 80/01/28 | 27 | LETTER -- Counsel for 300 Calif. Pltfs. in state court. (ea |
| 80/01/28 | | AMENDMENT TO CERT. OF SERVICE (Pleading No. 20) -- Hartford Insurance Co. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 416 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/01/29 | 28 | RESPONSE/MEMORANDUM -- U.S.A. -- w/Exhibit A and cert. of service (emh) |
| 80/01/29 | 29 | RESPONSE/BRIEF -- Nicolet, Inc. -- w/Exhibits and cert. of service (emh) |
| 80/02/04 | | APPEARANCE: MATTHEW R. WIMER, ESQ. FOR Allegheny Insulation Co., Inc. and Asbestos Service Co., Inc. (cds) |
| 80/02/04 | | AMENDED CERTIFICATE OF SERVICE (Attached to Pldg. No. 22) -- Owens-Corning Fiberglas Corp. (cds) |
| 80/02/06 | 30 | REQUEST FOR EXTENSION OF TIME -- Plaintiffs -- Granted to and including February 11, 1980 (cds) |
| 80/02/06 | | AMENDED CERTIFICATE OF SERVICE (Attached to Pldg. No. 26) -- Pittsburgh Corning Corp. (cds) |
| 80/02/08 | 31 | LETTER -- Connecticut Plaintiffs (not in motion) -- served movant (cds) |
| 80/02/11 | 32 | LETTER IN SUPPORT OF TRANSFER -- Counsel of Record in over 500 actions -- served by us with hearing order (cds) |
| 80/02/11 | 33 | REPLY BRIEF -- Certain Plaintiffs -- w/Exhibits (cds) |
| 80/02/11 | | HEARING ORDER -- Setting Motion for hearing on February 28, 1980 in Washington, D.C. (cds) |
| 80/02/13 | | APPEARANCES: JAMES F. ISRAEL, ESQ. for Forty-eight Insulations, Inc.; DAVID H. TRUSHEL, ESQ. for Rust Engineering (cds) |
| 80/02/15 | | CERT. OF SERV. (Attached to Pldg. 33) -- Certain Pltfs. (cs |
| 80/02/19 | 34 | RESPONSE -- North American Asbestos Corp. (cds) |
| 80/02/26 | 35 | LETTER -- counsel for 65 plaintiffs in N.D. Calif. dated 2/22/80. (ea) |
| 80/02/26 | 36 | AFFIDAVIT OF FREDERICK M. BARON W/CERT. OF SVC. (ea) |
| 80/02/28 | | WAIVERS OF ORAL ARGUMENT FOR 2/28/80 HEARING WASH., D.C. Danson Insulation Co. by John S. Sherry, Esq United States of America by William R. Herman, Esq. |
| 80/02/28 | | HEARING APPEARANCES FOR 2/18/80 HEARING Plaintiffs -- Thomas W. Henderson, Esq. Armstrong Cork Co., Eagle Picher, Forty-Eight Insulation, Foster Wheeler Corp., J.P. Stevens & Co., Inc., Keene Corp. and The Flintkote Co. by Michael Esher Yaggy, Esq. The Celotex Corp., Philip Carey Mfg. Co., Philip Carey Corp., Briggs Mfg. Co. and Panacon Corp. by H. Emslie Parks, Esq. Johns-Manville Products Corp., Johns Manville Corp., Johns Manville Sales Corp. by Lively M. Wilson, Esq. Hartford Ins. Group by John P. Arness, Esq. |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 416 --

| Date | Ref. | Pleading Description |
|---|---|---|
| | | ~~Hartford Ins. Group by John R. Akness, Esq.~~ |
| 80/02/28 | | Bath Iron Works by Robert F. Hanson, Esq. |
| | | Owens Illinois Inc. by Andrew T. Berry, Esq. and John T. Flaherty, Esq. |
| | | Pittsburgh Corning Corp. for R. Cornelius Danaher, Esq |
| | | Ryder Industries by Joseph D. Caldwell, Esq. and Louis S. Petrone, Esq. |
| | | Fibreboard Corp. by Thomas F. Segalla, Esq. |
| | | Amaatex Corp. by Robert E. Hirshon, Esq. |
| | | Raybestos Manhattan by Clyde A. Szuch, Esq. |
| | | Interested Plaintiffs by Frederick M. Baron, Esq.(rew) |
| 80/02/28 | 37 | LETTER -- Movant s -- signed by Thomas W. Henderson, Esq. dated 2/25/80. (ea) |
| 80/02/28 | 38 | LETTER/POSITION STATEMENT -- Marlin Thompson, Esq. dated 2/21/80.(ea) |
| 80/03/03 | | WAIVER OF ORAL ARGUMENT for 2/28/80 hearing, Wash., D.C. -- NORTH AMERICAN ASBESTOS CORP. (emh) |
| 80/03/03 | | CERT. OF SERVICE (Pleading No. 34) -- North American Asbestos Corp. (emh) |
| 80/03/04 | | WAIVER OF ORAL ARGUMENT For 2/28/80 hearing, Wash., D.C. -- GAF Corporation (emh) |
| 80/03/10 | 39 | LETTER -- Rex Houston, Esq. dated 3/3/80  (emh) |
| 80/03/13 | | ORDER DENYING TRANSFER -- Notified interested & involved counsel, judges, and all clerks (cds) |

JPML Form 1
Revised: 8/78

**3/13/80 - MO : Section 1407 Denied**

DOCKET NO. 416 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/13/80 | MO DENIED | | | | |

Special Transferee Information

DATE CLOSED: 3/13/80

JPML FORM 1                    LISTING OF INVOLVED ACTIONS

DOCKET NO. 416 -- IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Eleanor Miller v. Raybestos-Manhattan, Inc., et al. | W.D.Pa. | 76-899 | Denied | | MAR 1 3 1980 | |
| A-2 | Teresa Ann Ryden v. Johns-Manville Products, et al. | W.D.Pa. | 77-644 | | | MAR 1 3 1980 | |
| A-3 | Alice M. Weber v. Johns-Manville Products, et al. | W.D.PA | 77-671 | | | MAR 1 3 1980 | |
| A-4 | Elsie Miller v. Johns-Manville Products, et al. | W.D.Pa. | 77-1283 | | | MAR 1 3 1980 | |
| A-5 | Edward A. Powers, et ux v. Johns-Manville Corp., et al. | W.D.Pa. | 78-591 | | | MAR 1 3 1980 | |
| A-6 | Robert E. Middleton, et ux v. Johns-Manville Corp., et al. | W.D.Pa. | 78-592 | | | MAR 1 3 1980 | |
| A-7 | Dorothy S. Johnston v. Johns-Manville Products, et al. | W.D.Pa. | 79-417 | | | MAR 1 3 1980 | |
| A-8 | Robert A. Bayton v. Johns-Manville Products Corp., et al. | W.D.Pa. | 79-677 | | | MAR 1 3 1980 | |
| A-9 | Clyde W. Horne, et ux v. Johns-Manville Products Corp., et al. | W.D.Pa. | 79-957 | | | MAR 1 3 1980 | |
| A-10 | Dorothy M. Sload v. Johns-Manville Products Corp., et al. | W.D.Pa. | 79-1157 | | | MAR 1 3 1980 | |
| A-11 | Margaret A. Rust v. Johns-Manville Products Corp., et al. | W.D.Pa. | 79-1541 | | | MAR 1 3 1980 | |

DOCKET NO. 416 -- IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Daniel C. Lyons, et ux v. Johns-Manville Products Corp., et al. | W.D.Pa. | 79-1699 | | | | MAR 13 1980 |
| A-13 | William B. Mitchell, et ux v. Johns-Manville Products Corp., et al. | W.D.Pa. | 80-6 | | | | MAR 13 1980 |
| A-14 | Mildred Rossworm v. Pittsburgh Corning Corp., et al. | N.D.N.Y. | 77-184 | | | | MAR 13 1980 |
| A-15 | Grace DiMura v. Pittsburgh Corning Corp., et al. | N.D.N.Y. | 78-22 | | | | MAR 13 1980 |
| A-16 | Mary A. Pannitti v. Pittsburgh Corning Corp., et al. | N.D.N.Y. | 78-239 | | | | MAR 13 1980 |
| A-17 | Helen May Jackson v. Johns-Manville Sales Corp., et al. | W.D.MI. | 77-410 | | | | MAR 13 1980 |
| A-18 | Loyd Calley Morgan, et ux v. Johns-Manville Sales Corp. | W.D.MI. | 79-642 | | | | MAR 13 1980 |
| A-19 | Margaret Austin v. Johns-Manville Sales Corp., et al. | D.Maine | 78-122P | | | | MAR 13 1980 |
| A-20 | Bernard E. Bailey, et ux v. Johns-Manville Sales Corp., et al. | D.Maine | 78-249P | | | | MAR 13 1980 |
| A-21 | Roland J. Bernier, et ux v. Johns-Manville Sales Corp., et al. | D.Maine | 78-98P | | | | MAR 13 1980 |
| A-22 | Annette Regan, etc. v. Johns-Manville Sales Corp., et al. | D.Maine | 78-127P | | | | MAR 13 1980 |
| A-23 | Marjorie A. Smith, etc. v. Johns-Manville Sales Corp., et al. | D.Maine | 78-99P | | | | MAR 13 1980  *Denied* |

DOCKET NO. 416 -- IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-24 | Frank E. E. Clark, et ux v. Johns-Manville Sales Corp., et al. | D.Maine | 79-22P | | | | MAR 1 3 1980 |
| A-25 | Ellis M. Moore, et ux v. Johns-Manville Sales Corp., et al. | D.Maine | 79-55P | | | | MAR 1 3 1980 |
| A-26 | Raymond E. Jones, et ux v. Johns-Manville Sales Corp., et al. | D.Maine | 79-73P | | | | MAR 1 3 1980 |
| A-27 | Arthur L. Morel v. Johns-Manville Sales Corp., et al. | D.Maine | 79-144P | | D.Pa. me md | | MAR 1 3 1980 |
| A-28 | Thomas J. Neary, et ux. v. Johns-Manville Products Corp., et al. | D.Md. | H-78-790 | | | | MAR 1 3 1980 |
| A-29 | Daniel Padgett, et ux v. Johns-Manville Products Corp., et al. | D.Md. | H-78-791 | | Del C NY,N | | MAR 1 3 1980 |
| A-30 | Charles R. Diamond, et ux v. Johns-Manville Products Corp., et al. | D.Md. | B-79-2206 | | DL Mich | | MAR 1 3 1980 |
| A-31 | Walter William Lehr, et al. v. Cape Industries, Ltd., et al. | C.D.Ill. Morgan | 79-1075 | | | 1/28/80 | Dismissed |
| A-32 | Betty J. Redman v. United States of America | C.D.Ill. Ackerman | 79-3063 | | | | MAR 1 3 1980 |
| A-33 | Joseph Babb, et al. v. United States of America, et al. | C.D.Ill. Ackerman | 76-0055 | | | | MAR 1 3 1980 |
| A-34 | Charlotte Hammond, et al. v. United States of America | C.D.Ill. | 79-3267 | | | | MAR 1 3 1980 |

Denied

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 416 -- IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

---

JOHNS-MANVILLE PRODUCTS CORP.
JOHNS-MANVILLE CORP.
JOHNS-MANVILLE SALES CORP.
Lively M. Wilson, Esquire
Stites, McElwain & Fowler
3400 First National Tower
Louisville, Kentucky  40202

FORTY-EIGHT INSULATIONS, INC.
James F. Israel, Esq.
Trushel, Wood & Israel
1425 Porter Building
Pittsburgh, PA  15219

OWENS-CORNING FIBERGLAS CORP.
Frederick N. Egler, Esquire
Egler & Reinstadtler
2100 Lawyers Building
Pittsburgh, Pennsylvania  15219

THE CELOTEX CORP. (Successor-in
   Interest to PHILIP CAREY MFG. CO.,
   PHILIP CAREY CORP., BRIGGS MFG.
   CO., and PANACON CORP.)
CAREY CANADA, INC.
H. Emslie Parks, Esquire
Wright & Parks
Suite 402
305 W. Chesapeake Ave.
Towson, Maryland  21204

KEENE BUILDING PRODUCTS CORP.
Irene Warshauer, Esquire
Anderson, Russell, Kill & Olick
Rockefeller Center
630 5th Avenue
New York, New York  10020

CERTAIN-TEED PRODUCTS CORPORATION
R. Kenneth Willman, Esq.
Weaver & Willman
2005 McKnight East Plaza I
Kinvara Drive, P.O. Box 15163
Pittsburgh, Pa.  15237

PITTSBURGH CORNING CORPORATION
R. Cornelius Danaher, Jr., Esquire
Danaher, Lewis & Tamoney
39 Russ Street
Hartford, Connecticut  06106

FOSTER WHEELER CORPORATION
J. P. STEVENS AND COMPANY
ARMSTRONG CORK COMPANY
EAGLE- PICHER INDUSTRIES, INC.
THE FLINTKOTE COMPANY
Michael Esher Yaggy, Esq.
Niles, Barton & Wilmer
929 N. Howard Street
Baltimore, Maryland 21201

OWENS-ILLINOIS, INC.
Andrew T. Berry, Esquire
McCarter & English
550 Broad Street
Newark, New Jersey 07102

BENJAMIN FOSTER, A Division
  of Amchem Products, Inc.
Charles J. Duffy, Jr., Esquire
Weis & Weis
920 Grant Building
Pittsburgh, Pennsylvania 15219

GEORGE V. HAMILTON, INC.
S & E ASSOCIATES, INC.
Eileen R. Kalinoski, Esquire
Brandt, Milnes, Rea & Malone
3131 U. S. Steel Building
Pittsburgh, Pennsylvania 15219

AMERICAN INDUSTRIAL CONTRACTING, INC.
William W. Guthrie, Esquire
700 Lawyers Building
Pittsburgh, Pennsylvania 15219

DANSON INSULATION COMPANY
John S. Sherry, Esquire
608 Grant Building
Pittsburgh, Pennsylvania 15219

GAF CORPORATION
Jane E. Cosgriff, Esquire
McCutchen, Doyle, Brown & Enersen
Three Embarcadero Center
San Francisco, California 94111

RAYBESTOS-MANHATTAN ASBESTOS
Clyde A. Szuch, Esquire
Pitney, Hardin & Kipp
163 Madison Avenue
Post Office Box 2008R
Morristown, New Jersey 07960

UNITED STATES OF AMERICA
William R. Herman, Esquire
Civil Division, Torts Br
U. S. Department of Justice
Washington, D. C. 20530

SPECIAL MASTER
(N.D. New York)
George S. Lettko, Esquire
37 Third Street
Troy, New York 12180

RYDER INDUSTRIES, INC.
Louis S. Petrone, Esquire
106 Memorial Parkway
Utica, New York 13501

FIBREBOARD CORPORATION
Thomas F. Segalla, Esquire
Saperston, Day, Lustig, Gallick,
  Kirschner & Gaglione
1500 Liberty Bank Building
Buffalo, New York 14202

HARTFORD INSURANCE GROUP
  as insurer for Keene Corp.,
  Standard Asbestos Mfg. & Ins. Co.
  and others
John P. Arness, Esquire
Hogan & Hartson
815 Connecticut Avenue, N.W.
Washington, D. C. 20006

UNARCO INDUSTRIES, INC.
Mark D. Romness, Esquire
Unarco Industries, Inc.
332 S. Michigan Avenue
Chicago, Illinois 60604

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __3__

DOCKET NO. __416__ -- IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

---

NICOLET INDUSTRIES
James T. Ronan, Esquire
Martin, Noonan, Hislop
  Troue & Shudt,
21 Second Street
Troy, New York  12180

HINCHCLIFFE & KEENER (No App. Rec'd)
James R. Hartline, Esquire
1724 Frick Building
Pittsburgh, Pennsylvania  15219

JOSEPH W. WILLMAN
MECHANICAL INSULATIONS SERVICES, INC.
(No Apperance Received)
John F. O'Grady, Esquire
Davidson, Breen & Doud
4709 State Street
Saginaw, Michigan  48603

---

UNION CARBIDE CORP.
(No Apperance Received)
Charles F. Raeburn, Esquire
270 Park Avenue
New York, New York  10017

CALABRIAN (No Apperance Received)
Phelan, Pope & John
30 North LaSalle Street
Chicago, Illinois  60602

CAPE ASBESTOS  (No Apperance Received)
114 Park Street
London
ENGLAND

PLAINTIFFS (A-1 through A-34)
Thomas W. Henderson, Esquire
Baskin and Sears
Frick Building, 10th Floor
Pittsburgh, Pennsylvania  15219

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 416 -- IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

---

NORTH AMERICAN ASBESTOS CORP.
Frederick P. Velde, Esquire
Heyl, Royster, Voelker & Allen
Suite 575 - INB Center
1 North Old State Capitol Plaza
P.O. Box 1687
Springfield, Illinois 62705

BATH IRON WORKS CORPORATION
Robert F. Hanson, Esquire
415 Congress Street
Portland, Maine 04101

AMATEX CORPORATION
Francis E. Shield, Esquire
Pepper, Hamilton & Scheetz
123 South Broad Street
Philadelphia, Pennsylvania 19109

A.C.S. INC.
POWER AND COMBUSTION, INC.
Robert C. Little, Esquire
404 Law & Finance Building
Pittsburgh, Pennsylvania 15219

MINNESOTA MINING & MFG
Harold Gondelman, Esquire
6th Floor
Porter Building
Pittsburgh, Pennsylvania 15219

RUST ENGINEERING
David H. Trushel, Esq.
1425 Porter Building
Pittsburgh, PA 15219

ALLEGHENY INSULATION CO., INC.
ASBESTOS SERVICE CO., INC.
Matthew R. Wimer, Esq.
Murovich, Reale and Fossee
100 Smithfield St.
Pittsburgh, Pennsylvania 15219

C. F. BRAUN & COMPANY
Gilbert S. Solomon, Esquire
Grogan, Graffam, McGinley,
Solomon & Lucchino
420 Grant Building
Pittsburgh, PA 15219        19

BABCOCK & WILCOX CO.
(No Appearance Received)
Harry N. Sydor, Esquire
608 Grant Building
Pittsburgh, Pennsylvania 15219

CHEMROCK CORPORATION
Robert W. Doty, Esq.
Eckert, Seamans, Cherin & Mellott
42nd Floor, 600 Grant St.
U. S. Steel Building
Pittsburgh, Pennsylvania 15219

BRAND INSULATION
(No Apperance Received)
Kenneth S. Robb, Esquire
601 Grant Street
Pittsburgh, Pennsylvania 15219

DRAVO CORPORATION
(No Appearance Received)
Elmer G. Klaber, Esquire
711 Grant Building
Pittsburgh, Pennsylvania 15219

WALTER C. GOTTSCHALL
Charles J. Duffy, Jr., Esquire
Weis and Weis
920 Grant Building
Pittsburgh, Penna. 15219

STANDARD ASBESTOS MFG. & INS CO.
John E. Knauf, Esq.
Ainsworth, Sullivan, Tracy & Knauf
75 State Street
P.O. Box 1590
Albany, New York 12201

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 416 -- In re Asbestos Products Liability Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| JOHNS-MANVILLE SALES CORP. | A-18 A-17 A-31 A-30 A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-16 A-1 A-4 A-7 A-9 A-10 A-11 A-12 A-13 |
| OWENS-CORNING FIBERGLASS CORP. | A-17 A-28 A-29 A-30 A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-24 A-25 A-16 A-2 A-3 A-5 A-6 A-10 A-11 A-12 A-13 |
| Pittsburg CORNING CORP. | A-17 A-28 A-30 A-19 A-20 A-22 A-24 A-25 A-26 A-14 A-15 A-16 A-2 A-3 A-5 A-6 A-8 |
| THE CELOTEX CORP. | A-17 A-28 A-29 A-30 A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-14 A-15 A-16 A-2 A-3 A-4 A-5 A-6 A-9 A-11 A-12 A-13 |
| THE RUBEROID CO. | A-17 |
| RAYBESTOS-MANHATTAN | A-17 A-28 A-29 A-30 A-19 A-20 A-21 A-22 A-24 A-25 A-26 A-1 A-4 A-7 A-9 A-10 A-11 A-12 A-13 |
| KEEN BUILDING PRODUCTS CORP. | A-17 A-28 A-29 A-30 A-19 A-20 A-21 A-23 A-14 A-15 A-16 A-2 A-3 A-4 A-5 A-6 A-9 A-10 A-11 A-12 A-13 |
| JOHNS-MANVILLE PRODUCTS CORP. | A-17 A-28 A-29 A-30 A-14 A-15 A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-9 A-10 A-11 A-12 A-13 |
| CAPE INDUSTRIES, LTD. | A-31 |
| EGNEP, LIMITED | A-31 |
| CAPE ASBESTOS FIBRES, LTD. | A-31 |

| Company | References |
|---|---|
| JOHNS-MANVILLE CORP. | A-31 A-5 A-6 |
| U.S.A. | A-34 A-32 A-33 A-4 |
| NORTH AMERICAN ASBESTOS CORP. | A-33 |
| UNARCO INDUSTRIES, INC. | A-28 A-29 A-30 A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-16 A-4 A-5 A-6 A-9 A-10 A-11 A-12 A-13 |
| ARMSTRONG CORK | A-28 A-19 A-20 A-22 A-23 A-16 A-5 A-6 |
| NICOLET INDUSTRIES | A-28 A-19 A-20 A-21 A-22 A-23 A-16 |
| EAGLE-PICHER INDUSTRIES | A-28 A-29 A-30 A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-14 A-15 A-16 A-2 A-3 A-4 A-5 A-6 A-9 A-10 A-11 A-12 A-13 |
| FORTY-EIGHT INSULATORS INC. | A-28 A-29 A-30 A-19 A-20 A-21 A-22 A-23 A-14 A-15 A-10 A-2 A-3 A-4 A-5 A-6 A-9 A-10 A-11 A-12 A-13 |
| G.A.F. CORP. | A-28 A-29 A-30 A-19 A-20 A-22 A-23 A-2 A-4 A-9 A-10 A-11 A-12 A-13 |
| AMATER CORP. | A-19 A-20 A-24 A-25 A-26 |
| SOUTHERN TEXTILE CO. | A-19 A-20 A-21 A-24 A-25 A-29 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 416 -- In re Asbestos Products Liability Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| H. K. PORTER CO., INC. | A-19 A-20 A-21 A-24 A-25 A-26 |
| BATH IRON WORKS CORP. | A-19 A-20 |
| J.P. STEVENS & CO., INC. | A-19, A-21 A-24 A-25 A-26 A-5 A-6 |
| FIBREBOARD CORP. | A-24 A-25 A-25 A-26 A-14 A-15 A-16 |
| RYDER INDUSTRIES, INC. | A-14 A-15 A-16 |
| STANDARD ASBESTOS MFG AND INSULATING CO. | A-14 A-15 A-16 |
| DRAVO CORP. | A-4 A-7 |
| CERTAIN TEED PRODUCTS CORP. | A-5 A-6 |
| MINNESOTA MINING AND MANUFACTURING | A-5 |
| ANCHEN PRODUCTS, INC. | A-5 A-6 |
| GEORGE V. HAMILTON, INC. | A-5 A-6 |

p. 4

| | |
|---|---|
| ACME INSULATING CO. | A-5 A-17 |
| W.W. ARMSTRONG, INC. | A-5 A-6 |
| ASBESTOS SERVICE CO., INC. | A-5 |
| WALTER C. GOTTSCHALL | A-5 |
| M & M INSULATION CO. | A-5 |
| REGAR INSULATION CO. | A-5 A-6 |
| POWER & COMBUSTION, INC. | A-5 |
| W. R. KONKLE, INC. | A-5 |
| ALLEGHENY INSULATION CO., INC. | A-5 A-6 |
| AMERICAN INDUSTRIAL CONTRACTING, INC. | A-5 A-6 |
| HINCHLIFFE AND KENNER, INC. | A-5 A-6 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 416 -- In re Asbestos Products Liability Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| RUST ENGINEERING CO. | A-6 |
| OWENS-ILLINOIS, INC. | A-11 A-12 A-13 |
| A. C. & S. Inc. | A-6 |
| C.F. BRAUN & CO. | A-6 |
| BABCOCK & WILCOX | A-6 |
| MATTHEW BALICH CORP. | A-6 |
| CHEMROCK CORP | A-6 |
| DANSON INSULATION CO. | A-6 |
| FOSTER WHEELER CORP. | A-6 |
| JOHN R. ELLISON & SONS MECHANICAL CONTRACTORS, INC. | A-6 |
| BRAND INSULATIONS, INC. | A-6 |

p. _____

| S AND E ASSOCIATES, INC. | A-6 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |