DOCKET NO. 416

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. II)

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by plaintiffs in the actions listed on the attached Schedule A for centralization of those actions in the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings. On the basis of the papers filed and the hearing held, the Panel finds that transfer under Section 1407 would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. The issues raised in the matter now before the Panel are virtually the same as those before the Panel when it denied transfer in In re Asbestos and Asbestos Insulation Material Products Liability Litigation, 431 F. Supp. 906 (J.P.M.L. 1977) (Asbestos I); and movants have failed to offer any distinctions that would warrant a disposition different from that reached in Asbestos I. Accordingly, the Panel finds that centralization of the actions now before it is inappropriate for reasons expressed by the Panel in its previous opinion denying transfer of asbestos-related actions in Asbestos I.

IT IS THEREFORE ORDERED that the motion to transfer the actions on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL

Andrew A. Caffrey
Chairman

DOCKET NO. 416
Schedule A

### Western District of Pennsylvania

Eleanor Miller v. Raybestos-Manhattan, Inc., et al., C.A. No. 76-899

Teresa Ann Ryden v. Johns-Manville Products, et al., C.A. No. 77-644

Alice M. Weber v. Johns-Manville Products, et al., C.A. No. 77-671

Elsie Miller v. Johns-Manville Products, et al., C. . No. 77-1283

Edward A. Powers, et ux v. Johns-Manville Corp., et al., C.A. No. 78-591

Robert E. Middleton, et ux v. Johns-Manville Corp., et al., C.A. No. 78-592

Dorothy S. Johnston v. Johns-Manville Products, et al., C.A. No. 79-417

Robert A. Bayton v. Johns-Manville Products Corp., et al., C.A. No. 79-677

Clyde W. Horne, et al. v. Johns-Manville Products Corp., et al., C.A. No. 79-957

Dorothy M. Sload v. Johns-Manville Products Corp., et al., C.A. No. 79-1157

Margaret A. Rust v. Johns-Manville Products Corp., et al., C.A. No. 79-1541

Daniel C. Lyons, et ux v. Johns-Manville Products Corp., et al., C.A. No. 79-1699

William B. Mitchell, et ux. v. Johns-Manville Products Corp., et al., C.A. No. 80-6

### Northern District of New York

Mildred Rossworm v. Pittsburgh Corning Corp., et al., C.A. No. 77-189

Grace DiMura v. Pittsburgh Corning Corp., et al., C.A. No. 78-22

Mary A. Pannitti v. Pittsburgh Corning Corp., et al., C.A. No. 78-239

### Western District of Michigan

Helen May Jackson v. Johns-Manville Sales Corp., et al., C.A. No. 77-410

Loyd Calley Morgan, et ux v. Johns-Manville Sales Corp., C.A. No. 79-642

### District of Maine

Margaret Austin v. Johns-Manville Sales Corp., et al., C.A. No. 78-122P

Bernard E. Bailey, et ux v. Johns-Manville Sales Corp., et al., C.A. No. 78-249P

Roland J. Bernier, et ux. v. Johns-Manville Sales Corp., et al., C.A. No. 78-98P

Annette Regan, etc v. Johns-Manville Sales Corp., et al., C.A. No. 78-127P

Marjorie A. Smith, etc. v. Johns-Manville Sales Corp., et al., C.A. No. 78-99P

Frank E. E. Clark, et ux v. Johns-Manville Sales Corp., et al., C.A. No. 79-22P

Ellis M. Moore, et ux v. Johns-Manville Sales Corp., et al., C.A. No. 79-55P

Raymond E. Jones, et ux v. Johns-Manville Sales Corp., et al., C.A. No. 79-73P

Arthur L. Morel v. Johns-Manville Sales Corp., et al., C.A. No. 79-144P